**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Kenneth J. Gonzales**

**CASE NO.:**    CR 25-5180 KG          **DATE:**          4/14/2026

**TITLE:**   *USA v. Timothy McCarson*     **TIME IN COURT:**     0:14

**COURTROOM CLERK:**  L. Rotonda          **COURT REPORTER:**    C. McAlister

() Albuquerque   () Las Cruces   (X) Santa Fe     **INTERPRETER:** N/A

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**     **ATTORNEYS PRESENT FOR DEFENDANT(S):**
SHANA LONG (VIA ZOOM)              JUSTINE FOX-YOUNG (VIA ZOOM)
KATHERINE LEWIS (VIA ZOOM)

**TYPE OF PROCEEDING:**        **Status Conference**

**PROCEEDINGS:**

**Court in Session:  10:12 a.m.**

**Court:**  Calls case, counsel enter appearances.  Advises counsel that Court is inclined to set case for Sentencing, queries counsel regarding status of instant matter.

**Ms. Long:**  Indicates Government has been in communication with Defense Counsel, reviews status of discovery disclosures Government has been preparing.  States that Government is experiencing some technical issues with software being used.  Reviews additional remaining steps that will follow disclosure of discovery.  Confirms that Government understands Defendant has been released on own recognizance, reports no issues have occurred since release.

**Court:**  Queries counsel regarding anticipated timeframe for matter to be ready for Sentencing.

**Ms. Long:**  Indicates thinks 10-12 month timeframe is realistic.  Advises that Government has been in contact with Probation regarding next steps relating to PSR.

**Ms. Fox-Young:**  Agrees with Government's representations regarding complexity of discovery, notes would like to have sufficient time to review discovery to make argument to Court.  Thinks timeframe Court referenced is reasonable.

**Court:**  Queries counsel regarding likely guideline range.

**Ms. Long:**  Notes parties had analyzed relevant issues during negotiation process, reviews salient facts from Government's standpoint.

**Ms. Fox-Young:**  Responds to same, indicates that November Sentencing would be agreeable.

**Court:**  Will set matter for Sentencing in November, once PSR is disclosed, will set deadline for filing of sentencing memoranda and other items.

**Court in Recess:   10:26 a.m.**